THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT TOWNSEND, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered February 2, 1971, convicting him of criminal possession of a dangerous drug in the fourth degree, upon his guilty plea, and imposing sentence. Case remanded to the County Court, Nassau County, for a hearing to determine whether the preindictment delay was occasioned by the District Attorney and appeal held in abeyance in the interim. On these papers, a valid explanation has not been given for the preindictment delay. When there has been a delay of almost a year in informing the defendant of the charges against him, a mere claim that the 'police department records indicate a continuing narcotics investigation is not sufficient. A hearing must be held to determine whether the preindictment delay was reasonable. Rabin, P. J., Latham, Shapiro, Gulotta and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEARLON NETTLES, by AARON J. JAFFE, Appellant, v. WARDEN, BROOKLYN MEN'S HOUSE OF DETENTION, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEARLON NETTLES, Appellant.— In the first above-entitled matter, judgment of the Supreme Court, Kings County, dated May 26, 1971, which dismissed appellant's writ of habeas corpus, affirmed, without costs. No opinion. In the second above-entitled matter, order of the same court, dated May 26, 1971, which denied appellant's *coram nobis* application, affirmed. No opinion. Martuscello, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.